

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021
```

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

February 26, 2021

United States District Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    <u>*Mercer v. Island Motels, LLC,*</u> **Case No.: 1:20-cv-10169-AT**

Dear U.S. District Judge Torres:

    This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. On February 22, 2021, we filed a Proposed Order to Show Cause for a default judgment against the defendant, Island Motels, LLC, which is currently pending. As a result, we are requesting a 30-day adjournment of the initial conference currently scheduled for March 1, 2021, at 10:00 a.m., including all other deadlines related to the Initial Pretrial Conference Order (D.E. 5). This is our second request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates since the Defendant has not yet appeared in this action.

    We thank the Court for your time and consideration in this matter.

---

The initial conference scheduled for March 1, 2021, is ADJOURNED *sine die*. By **March 8, 2021**, Plaintiff is directed to resubmit her declaration or affidavit, "setting forth a statement of proposed damages and the basis for each element of damages, including a step-by-step explanation of each calculation," specifically with respect to any money damages Plaintiff may be seeking. *See* Attachment A to the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: February 26, 2021
       New York, New York

                                                    _____
                                                    ANALISA TORRES
                                                    United States District Judge